AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

|  |  |
|---|---|
| MELISSA PARSONS AND ALEXANDRA MANNIX,  ) ) ) ) ) | |

MELISSA PARSONS AND ALEXANDRA MANNIX,
)
)
)
)
)
*Plaintiff(s)*
)
)
v.
)   Civil Action No. 3:26-cv-00812-JEP-PDB
)
)
SHE MD LLC, a Delaware limited liability company,
)
MARY ALICE (DAVIDOV) HANEY, an individual,
)
THAIS ALIABADI, an individual.
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHE MD LLC
c/o PARACORP INCORPORATED
2140 S DUPONT HWY.
CAMDEN, DE 19934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Phoebe S. Wise, Esq; pwise@hahnlaw.com
Jeanne L. Seewald, Esq.; jseewald@hahnlaw.com
HAHN LOESER & PARKS LLP
5811 Pelican Bay Blvd., Suite 650
Naples, FL 34108
Telephone: 239-254-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Angel Waddell

Date:   April 9, 2026  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida  ▼

|  |  |
|---|---|
| MELISSA PARSONS AND ALEXANDRA MANNIX, ) ) ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:26-cv-00812-JEP-PDB |
| SHE MD LLC, a Delaware limited liability company, MARY ALICE (DAVIDOV) HANEY, an individual, THAIS ALIABADI, an individual. ) ) ) ) ) | |
| *Defendant(s)* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mary Alice (Davidov) Haney
She MD LLC
30745 Pacific Coast Highway
Suite 464
Malibu, CA 90265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Phoebe S. Wise, Esq; pwise@hahnlaw.com
Jeanne L. Seewald, Esq.; jseewald@hahnlaw.com
HAHN LOESER & PARKS LLP
5811 Pelican Bay Blvd., Suite 650
Naples, FL 34108
Telephone: 239-254-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Angel Waddell

Date:  April 9, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ☐▼

|  |  |  |
|---|---|---|
| MELISSA PARSONS AND ALEXANDRA MANNIX, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 3:26-cv-00812-JEP-PDB |
| v. | ) ) | |
| SHE MD LLC, a Delaware limited liability company, MARY ALICE (DAVIDOV) HANEY, an individual, THAIS ALIABADI, an individual. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Thais Aliabadi
She MD LLC
30745 Pacific Coast Highway
Suite 464
Malibu, CA 90265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phoebe S. Wise, Esq; pwise@hahnlaw.com
Jeanne L. Seewald, Esq.; jseewald@hahnlaw.com
HAHN LOESER & PARKS LLP
5811 Pelican Bay Blvd., Suite 650
Naples, FL 34108
Telephone: 239-254-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Angel Waddell

Date: April 9, 2026

_____
*Signature of Clerk or Deputy Clerk*